**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00572-CV

---

### ANDRES CHEVEZ, Appellant

### V.

### JERRY L. BRINKERHOFF, ET AL., Appellees

---

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-015850-E**

---

## ORDER

We **GRANT** appellant's February 20, 2014 agreed motion for an extension of time to file a reply brief to appellee John Anderson's brief. Appellant shall file his reply brief on or before March 4, 2014.

We **GRANT** appellant's February 20, 2014 motion for an extension of time to file a reply brief to appellee Jerry Brinkerhoff's brief. Appellant shall file his reply brief on or before March 5, 2014.

/s/    ADA BROWN
        JUSTICE